Date: 10/20/10                                                                                                                                         Page: 1

## DIVIDENDS REMITTED TO THE COURT

Case Number 09-11159 - DEMENT JR., ANDY

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000008 | 168.70 | 1.97 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba DILLARD'S<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000010 | 250.82 | 2.93 |
| ---------- Remittance Total --------------- | | 419.52 | 4.90 |

*[signature]*
SUSAN MANCHESTER, Trustee